IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GOLD MEDAL PRODUCTS CO., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 3:13-CV-00187 |
| JEFFREY D. BRINKMAN AND, SEC FUN FOODS, INC., AND POPILICIOUS GOURMET POPCORN AND TREATS | ) ) ) ) ) | JUDGE HAYNES |
| Defendants. | ) ) | |

## ORDER GRANTING STIPULATION OF DISMISSAL

IT APPEARING to the Court that Defendant Southeastern Concessions Inc. (identified in the Complaint as SEC Fun Foods and Popilicious Gourmet Popcorn and Treats) (referred to collectively as "Southeastern") and Plaintiff Gold Medal Products Co, have submitted a Stipulation of Dismissal, and that stipulation is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the case by Plaintiff against Defendant Southeastern is hereby dismissed with prejudice. The case against Defendant Jeffrey Brinkman shall remain open, pending further orders of this Court.

Enter this 25th day of March, 2014

_____
JUDGE